1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHROEDER, | Case No. 2:19-cv-02293-JAM-DMC |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ENTERPRISE HOLDINGS, INC., dba ENTERPRISE RENT-A-CAR and ALAMO RENT A CAR, and DOES 1-10, Inclusive, | Complaint Filed: Nov. 13, 2019 |
| | Complaint Served: Nov. 25, 2019 |
| Defendants. | Current Response Date: Jan. 13, 2020 |
| | New Response Date: Feb. 12, 2020 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Enterprise Holdings, Inc. shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint, until February 12, 2020.

**IT IS SO ORDERED**

Dated: January 6, 2020

/s/ John A. Mendez
United States District Court Judge