1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHROEDER,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., dba ENTERPRISE RENT-A-CAR and ALAMO RENT A CAR, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-02293-JAM-DMC<br><br>**ORDER GRANTING THIRD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: Nov. 13, 2019<br><br>Complaint Served: Nov. 25, 2019<br><br>Current Response Date: Feb. 12, 2020<br><br>New Response Date: Feb. 19, 2020 |

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
61756373v.1

1     In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Enterprise Holdings, Inc. shall have an extension of time of seven (7) days in which to respond to Plaintiff's Complaint, until February 19, 2020.

**IT IS SO ORDERED**

Dated: February 12, 2020

                                              /s/ John A. Mendez
                                        United States District Court Judge