1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| William Schroeder, | Case 2:19-cv-02293-JAM-DMC |
|---|---|
| Plaintiff, | [~~Proposed~~] Order re: Joint Stipulation and Motion for Leave Allowing Plaintiff to File a First Amended Complaint |
| v. | |
| Enterprise Holdings, Inc., dba Enterprise Rent-A-Car and Alamo Rent A Car, and Does 1-10, Inclusive, | |
| Defendants. | |

Having considered the joint stipulation and motion of the Parties, and good cause appearing therefore, it is hereby ordered that:

1. Plaintiff be granted leave to file his First Amended Complaint ("FAC");
2. Plaintiff file his FAC within five (5) days of this Order;
3. Defendants' responsive pleading, if any, shall be due within forty-five (45) days after the First Amended Complaint is filed; and
4. To the extent Defendant files a motion to dismiss the First Amended Complaint, Defendant's reply brief shall be due no fewer than twenty-one (21) days after the date Plaintiff files a brief in opposition to Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: 4/22/2020

By: _____
Hon. John A. Mendez
United States District Judge