UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William Schroeder**, <br><br> Plaintiff, <br><br> v. <br><br> **Enterprise Holdings, Inc., dba Enterprise Rent-A-Car and Alamo Rent A Car,** and Does 1-10, Inclusive, <br><br> Defendants. | Case 2:19-cv-02293-JAM-DMC <br><br> **Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** <br><br> *[Proposed] Order filed concurrently herewith* |

ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 7/10/2020        /s/ John A. Mendez_____
                        Hon. John A. Mendez
                        United States District Court Judge